JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO ROJO DOMINGUEZ,<br><br>    Petitioner-Defendant,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent-Plaintiff. | No.   CV 25-4276 PA<br>        CR 23-159 PA<br><br>JUDGMENT |

Pursuant to the Court's August 5, 2025 Order denying the Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 filed by Petitioner Alfredo Rojo Dominguez ("Petitioner"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice.

DATED: August 5, 2025

                                                  Percy Anderson
                                   UNITED STATES DISTRICT JUDGE